# LAW OFFICE OF ROBERT L. GREENER P.C.
## 112 Madison Avenue, 6th Floor
### NEW YORK, NEW YORK 10016
### (646)415-8920 Phone
### (212)689-9680 Fax
### rlg@greenerlegal.com
### www.greenerlegal.com

August 2, 2016

<u>Via ECF</u>
Hon. John G. Koeltl
District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: <u>Fashion Week Inc. v. The CFDA. et. al. 16-cv-5079</u>

Dear Judge Koltel:

  This letter is to inform your Honor that after conferring with my opposing Counsel in the above captioned matter, none of the parties wish to conduct an Evidentiary hearing on August 4th, 2016. Therefore, I respectfully ask your honor to indicate how you would like to conduct the appearance on August 4th; will your Honor require oral argument of the application or a conference. Or, shall the application for the preliminary injunction be submitted on papers?

  If your Honor has any questions please contract me,

            Very Truly Yours,

            <u>/Robert L. Greener/</u>
            Robert L. Greener